**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00243-CV

### IN RE TIMOTHY SCOTT HARRIMAN, Relator

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F94-01553-ML**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** this petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE